IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN MICHAEL STEVENS,<br><br>    Plaintiff,<br><br>  v.<br><br>SHERIFF COGBILL, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-02220 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On July 22, 2010, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with a notation that it was "not deliverable as addressed." To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. See L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b).

More than sixty days have passed since the mail directed to Plaintiff by the Court was returned as undeliverable. The Court has not received a notice from Plaintiff of a new address. Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Court has rendered its final decision on this matter, therefore, this Order TERMINATES Plaintiff's case.

IT IS SO ORDERED.

DATED: 9/37/10

                                                                   SAUNDRA BROWN ARMSTRONG
                                                                    United States District Judge

1

2  UNITED STATES DISTRICT COURT

3  FOR THE

4  NORTHERN DISTRICT OF CALIFORNIA

5

6

7  DEAN MICHAEL STEVENS,                          Case Number: CV10-02220 SBA

8              Plaintiff,                          **CERTIFICATE OF SERVICE**

9     v.

10  SHERIFF COGBILL et al,

11             Defendant.
                                          /
12

13  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

14
That on September 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

15

16

17

18
Dean Michael Stevens
19  600 Morgan Street
Santa Rosa, CA 95401
20
Dated: September 28, 2010
21                                         Richard W. Wieking, Clerk
                                           By: LISA R CLARK, Deputy Clerk
22

23

24

25

26

27

28

G:\PRO-SE\SBA\CR.10\Cogbill2220.Dis-3-11.wpd            2